# EXHIBIT B

8PK MINI CHOC CHUNK
COOKIE